

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:     01-14-00193-CV

Style:     Fertitta Hospitality, LLC

**v** Brandon A. Backe, Joseph P. Belluomini, Shannon Belluomini, Chris Cornwell, Matthew L. Goodson, Michael R. McMiillan, Daniel Cole O'Balle, Gilbert E. OBalle, Jr., Justin Packard, Calvin Silva, Aaron Trevino and Charles Young

Date motion filed[*]:     August 1, 2014

Type of motion:     Motion of Appellant Fertitta Hospitality, LLC to Extend Time to File Its Reply Brief Pursuant to Rule 10.5(b)

Party filing motion:     Appellant

Document to be filed:     Appellant's Reply Brief

If motion to extend time:

     Deadline to file document:

     Number of previous extensions granted:

     Length of extension sought:

Ordered that motion is:

    ☒    Granted
        If document is to be filed, document due:

        ☐    The Clerk is instructed to file the document as of the date of this order
        ☐    Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's motion to extend the time to file its reply brief is GRANTED. Accordingly, Appellee Daniel Cole O'Balle's motion to strike appellant's reply brief is DENIED.**

Judge's signature:  /s/ Jane Bland
        ☒ Acting individually    ☐ Acting for the Court

Date:  September 4, 2014

November 7, 2008 Revision